86 A.3d 864

Howard A. SCOTT, Executor of the Estate of Albert L. Scott, Deceased, and Laverne Scott, in Her Own Right, Petitioner

v.

DUQUESNE LIGHT COMPANY, Respondent.

Supreme Court of Pennsylvania.

March 11, 2014.

562

***ORDER***

PER CURIAM.

**AND NOW,** this 11th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is **REMANDED** for further proceedings. *See Tooey v. AK Steel Corp.,* 623 Pa. 60, 81 A.3d 851 (2013).

Respondent's Application for Consolidation is DISMISSED as moot.